# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY BICKINGS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:23-cv-00622-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF DELAWARE, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Larry Bickings and Defendant University of Delaware, by and through their undersigned counsel, and subject to approval of the Court, that this action, and all claims asserted by any party, shall be and hereby are dismissed *with prejudice*. Each party is to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| **ALLEN & ASSOCIATES** | **SAUL EWING LLP** |
| /s/ Michele D. Allen | /s/ James D. Taylor, Jr. |
| Michele D. Allen (#4359) | James D. Taylor, Jr. (#4009) |
| 4250 Lancaster Pike, Suite 230 | 1201 N. Market S., Ste. 2300 |
| Wilmington, DE 19805 | Wilmington, DE 19801 |
| (302) 234-8600 | james.taylor@saul.com |
| (302) 397-3930 (fax) | (302) 421-6800 |
| michele@allenlaborlaw.com | (302) 421-6813 (fax) |
| *Attorney for Plaintiff* | |
| | Carolyn A. Pellegrini |
| | 1500 Market St., 38th Fl. |
| | Philadelphia, PA 19102-2186 |
| | Carolyn.pellegrini@saul.com |
| | |
| | Mark Nehme |
| | One Riverfront Plaza |
| | 1037 Raymond Blvd., Ste. 1520 |
| | Newark, NJ 07102-5426 |
| | Mark.nehme@saul.com |
| | *Attorneys for Defendant* |

Dated: January 17, 2025

**IT IS HEREBY ORDERED** this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams
United States District Judge